IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:04CR0595-10 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge John M. Manos |
| | ) | |
| OSWALDO ANGULO, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

On December 8, 2004, a multi-count Indictment was filed charging Oswaldo Angulo, Defendant, with one (1) count of conspiring to distribute and possess with intent to distribute a Schedule 1 controlled substance, in violation of Title 21 of the United States Code, Sections 841 and 846. (Docket No. 1.) On January 27, 2005, the Defendant entered a plea of not guilty to Count 1 of the Indictment. (Docket No. 118.) On April 05, 2006, the above-captioned matter was transferred to a United States Magistrate Judge pursuant to General Order 99-49, and with the consent of the parties, for the purpose of accepting Defendant's change of plea. At a hearing held on May 04, 2006, Defendant, accompanied by counsel, proffered a plea of guilty to Count 1 of the Indictment. (Docket No. 610.)

On May 04, 2006, the Magistrate Judge issued a Report and Recommendation documenting Defendant's plea. (Docket No. 612) The Report indicates that the Defendant was advised of his rights and that the hearing otherwise complied with all requirements imposed by the United States Constitution and Federal Criminal Procedure Rule 11. Finding that the plea was made knowingly, intelligently, and voluntarily, the Magistrate recommends that this Court accept and enter Defendant's plea of guilty to Count 1 of the Indictment.

Pursuant to General order 99-49, and absent any objections by the parties heretofore made, the Court accepts and adopts the Report and Recommendation of the Magistrate Judge. In doing so, the Court finds that Defendant knowingly, intelligently, and voluntarily entered a plea of guilty to Count 1 of the Indictment, and that all of the requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Therefore, the Court accepts Defendant's plea and enters it accordingly. This mater is referred to the Probation Office for presentence investigation.

Sentencing is scheduled for **July 25, 2006 @ 10:30 a.m.**

**IT IS SO ORDERED.**

Date: May 05, 2006        /s/ *John M. Manos*
                                             **UNITED STATES DISTRICT JUDGE**